IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WC 1899 MCKINNEY AVENUE, LLC<br>a Delaware Limited Liability Company,<br>    *Plaintiff/Counterclaim Defendant*,<br><br>v.<br><br>STK DALLAS, LLC, a Texas LLC;<br>and THE ONE GROUP HOSPITALITY,<br>INC., a Delaware corporation,<br>    *Defendants/Counterclaim Plaintiffs*,<br><br>v.<br><br>WORLD CLASS CAPITAL GROUP, LLC,<br>NATIN PAUL, AND SHEEN PAUL,<br>    *Third-Party Defendants*. | Civil Action No. 1:17-CV-687-DAE |

## JOINT STATUS REPORT

To update the Court on the status of this lawsuit and in response to the Court's Order for Status Report (Dkt. #144) the parties are pleased to submit this joint status report.

This case concerns a lease for property in Dallas where STK Dallas, LLC planned to but never did open a restaurant. The parties agree the case should proceed to a jury trial as soon as reasonably possible and request that the Court set a status conference within the next thirty days to discuss a trial date, corresponding pre-trial deadlines, and potential avenues for resolving this case and a related case also pending before this Court.

In advance of that conference, the parties would like the opportunity to submit a proposed scheduling order which they anticipate will be mostly if not entirely agreed. There is no operative scheduling order in this case, and, although the parties previously agreed on a

schedule, that schedule has been disrupted by the pandemic and the parties' focus on attempting to settle the related case.

    Respectfully submitted,

*/s/ Paul Trahan*
Paul Trahan
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701
(512) 474-5201 – Phone
(512) 536-4598 – Fax
paul.trahan@nortonrosefulbright.com

Farhad Novian
Alexander C. Tabolsky
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Phone: 310-553-1222
Facsimile: 310-553-0222
farhad@novianlaw.com
tabolsky@novianlaw.com
***Counsel for Defendants/Counter Plaintiffs***

*/s/ Scott R. Kidd*
Scott R. Kidd
Kidd Law Firm
819 W. 11th Street
Austin, Texas 78701
512-330-1713 – phone
512-330-1709 – fax
scott@scottrkidd.com
***Counsel for Plaintiff/Counter Defendant & Third-party Defendants***

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for the remaining parties at the following e-mail addresses:

Scott R. Kidd
Kidd Law Firm
819 W. 11th Street
Austin, Texas 78701
512-330-1713 – phone
512-330-1709 – fax
Email: scott@scottrkidd.com
*Counsel for Plaintiff/Counter Defendant*
*& Third-party Defendants*

                */s/ Paul Trahan*